**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jose Luis LEAL–CAMPOS,**
**Defendant–Appellant.**

No. 09–14015
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Dec. 21, 2009.

Peggy Morris Ronca, Orlando, FL, for Plaintiff–Appellee.

Stephen J. Langs, Federal Public Defender, Donna Lee Elm, Orlando, FL, for Defendant–Appellant.

Before BLACK, MARCUS and PRYOR, Circuit Judges.

PER CURIAM:

Stephen J. Langs, appointed counsel for Jose Luis Leal–Campos in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Leal–Campos's conviction and sentence are **AFFIRMED.**